IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANIEL JAMES SILVA,**

    *Plaintiff,*

v.   Case No.: **4:21cv24-MW/MAF**

**VENABLE LLP,**

    *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Plaintiff's objections and other filings which this Court construes as objections to the report and recommendation, ECF Nos. 17, 19, 21, & 23.[1]

Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's motions to proceed *in forma pauperis*, ECF Nos. 2 & 11, are **DENIED**. Plaintiff shall pay the $402.00 filing on or before

---

[1] Plaintiff's filings contain increasingly inappropriate content. *See, e.g.*, ECF No. 23. This Court urges Plaintiff to proceed in a more dignified manner in this case.

April 8, 2021. This matter is remanded to the Magistrate Judge for further proceedings.

    **SO ORDERED on March 25, 2021.**

s/Mark E. Walker         
**Chief United States District Judge**
