UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.   4:21cv24-MW/MAF

DANIEL JAMES SILVA,

   *Plaintiff,*

V

VENABLE, LLP, et al.,

   *Defendants.*

JUDGMENT

Plaintiff's claims are DISMISSED for failure to prosecute and failure to comply with a court order.

   JESSICA J. LYUBLANOVITS
   CLERK OF COURT

May 11, 2021                s/Ronnell Barker_____
DATE                        Deputy Clerk: Ronnell Barker